FILED

03/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0634

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0634

STATE OF MONTANA,

Plaintiff and Appellee,

v.

STACY SCHMIDT,

Defendant and Appellant.



FILED

MAR 25 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Counsel for the Appellant Stacy Schmidt filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that he has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Schmidt was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude there are no arguments with potential legal merit that could be raised in Schmidt's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Schmidt personally.

DATED this 24 day of March, 2020.

_____
Chief Justice

_____

Justices